UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                        Plaintiff,

-against-

                                                    Case No. 7:98-mj-2708

Andrew A. Hillegas, Jr.

                        Defendant.
_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                    SO ORDERED.

                                                    Hon. Martin R. Goldberg
                                                    United States Magistrate Judge

Dated: 26th day of August, 2022
         Poughkeepsie, New York